IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JOHNSON,

      Plaintiff,                    No. CIV S-08-2618 GEB KJM P

     vs.

DEPUTY KENDRICKS, et al.,

      Defendants.

_____/    ORDER

        Plaintiff is a former county jail inmate proceeding pro se.[1] Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

/////

/////

---

[1] Although plaintiff has not filed a formal change of address form, the material he submitted in support of his request to proceed in forma pauperis lists a non-jail address. This material also contains plaintiff's social security number, so the court will direct the Clerk to obscure this information.

1

1 | The complaint states a cognizable claim of excessive force under and so states a
2 | claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the
3 | complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this
4 | action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. The Clerk of the Court is directed to obscure the numbers listed on the top right corner of Docket No. 6 at 3, listed to the right of and under the words "claim number."

3. Service is appropriate for the following defendants: Kendricks, Yslas, Schulz.

4. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed December 5, 2008.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Four copies of the endorsed amended complaint filed December 5, 2008.

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: May 21, 2009.

_____
U.S. MAGISTRATE JUDGE

2/john2618.1

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | IN THE UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

CHARLES JOHNSON,

        Plaintiff,                    No. CIV S-08-2618 GEB KJM

   vs.

DEPUTY KENDRICKS, et al.,        <u>NOTICE OF SUBMISSION</u>

        Defendants.              <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 forms

        _____ copies of the _____
                               Complaint/Amended Complaint

DATED:

                                                          _____
                                                          Plaintiff